# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JERIKA BARNES JENKINS, <br> MICHELLE SIMMONS, <br> RAYOMI WOODS, <br> KAYOMI WILLIAMS, and <br> KAYOMI WILLIAMS on behalf of <br> L.S., A MINOR, <br> ON BEHALF OF THEMSELVES AND <br> ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiffs*, <br><br> v. <br><br> BETTY JEAN KERR PEOPLE'S HEALTH CENTERS, <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.  4:20-cv-00025 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Jerika Jenkins, Michelle Simmons, Rayomi Woods, Kayomi Williams, and Kayomi Williams on behalf of L.S., a minor, voluntarily dismiss this action in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: March 25, 2020

Respectfully submitted,

/s/*Brandon M. Wise*
Brandon M. Wise – Mo. Bar #67242
Paul A. Lesko – Mo. Bar #51914
**PEIFFER WOLF CARR & KANE, APLC**
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Phone: 314.833.4825
bwise@pwcklegal.com
plesko@pwcklegal.com

*Attorneys for Plaintiffs and
the Proposed Class*

1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed on March 25, 2020, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ *Brandon M. Wise*

Brandon M. Wise